IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JAYCE YEH,                                  §
                                            §
            Plaintiff,                      §
                                            §
v.                                          §                1:21-CV-658-RP
                                            §
BLUEBIRD MEDICAL ENTERPRISES, LLC,          §
                                            §
            Defendant.                      §

**ORDER**

On June 1, 2020, Plaintiff Jayce Yeh filed a motion to dismiss stating that the parties have

resolved their dispute. (Dkt. 24). The Court construes the parties' motion as a joint stipulation of

dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under

Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon

filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to

resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on April 25, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE